**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☒ ____2nd____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Emilse L. Ortiz    JOINT DEBTOR: _____    CASE NO.: 14-26199-RAM
Last Four Digits of SS#: 9659    Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __53__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.   $ 642.98 for months 1 to 5 ;
    B.   $ 606.68 for months 6 to 52 ;
    C.   $ 467.19 for months 53 to 53 ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 0.00    TOTAL PAID $ 0.00
                   Balance Due    $ 0.00 payable $_____/month (Months ____ to ____)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Heron at the Hammocks Condominium Ass'n, Inc.   Arrearage on Petition Date $ 12,085.59 (pmts incl 15% interest)
Address: 10112 USA Today Way         Arrears Payment       $ 326.52 /month (Months 1 to 50 )
        Miami, FL 33025              Regular Payment      $ 170.00 /month (Months 1 to 50 )
                                     Special Assessment   $ 88.00 /month (Months 1 to 5 )
Account No: Lien on 14921 SW 104th ST, Apt. 1-104, Miami, FL 33196
           Lien at Book 28981/Page 1002

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Wells Fargo Bank, N.A., 2nd mortgage, Loan #: 44290955 | Condominium located at 14921 SW 104th ST, 1-104, Miami, FL 33196 | N/A | $ | N/A  To _____ | Avoid Lien in Full |

Priority Creditors: [as defined in 11 U.S.C. §507]
1. Internal Revenue Service     Total Due $ 3,437.82
                         Payable   $ 55.00 /month (Months 6 to 50 )
                         Payable   $ 481.41 /month (Months 51 to 52 )
Unsecured Creditors:  Pay $ 70.12 /month (Months 51 to 52 )
                      Pay $ 424.72 /month (Months 53 to 53 )
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
*Debtor will pay secured creditor, Wells Fargo Home Mortgage, for his 1st Mortgage (account ending in -0948) outside the plan.
*Debtor will pay secured creditor, Florida Prime Loans, for its non-purchase money security lien on debtor's 2002 Chevrolet Silverado 1500 truck outside the plan.
*Debtor assumes her unexpired lease with Extra Space Storage, 10345 Hammocks Blvd, Miami, FL 33196, and will continue to pay this month-to-month lease outside the plan .
*At the request of the Chapter 13 Trustee, on or before May 15 of each year during the pendency of the plan, the Debtor(s) will file the documents listed in Section 521(f)(1),(2),(3) and (4).

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Emilse Ortiz                                           _____
Debtor                                                      Joint Debtor
Date: _____                         Date: _____

LF-31 (rev. 01/08/10)